LAW OFFICES OF
**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**

BERTRAM FIELDS

DIRECT DIAL NUMBER
(310) 201-7454

1900 AVENUE OF THE STARS
21ST FLOOR
LOS ANGELES, CALIFORNIA 90067-4590
TELEPHONE: (310) 553-3610

FAX
(310) 553-0687

E-MAIL ADDRESS
BFIELDS@GGFIRM.COM

OUR FILE NUMBER
72550-00039

February 4, 2010

<u>VIA E-MAIL AND U. S. MAIL</u>

Daniel Ferleger, Esq.
Paramount Pictures
5555 Melrose Avenue
Admin Bldg., Room 116
Hollywood, California 90038-3197
Daniel_Ferleger@paramount.com

Dear Dan:

Enclosed is a screenplay by Mario Puzo for a "Godfather" prequel and sequel. It was found after Mario's death.

The Puzo Estate is making a deal to publish a novel based on the screenplay's 61 pages of 1930s "back-story." As presently planned, the remainder of the screenplay dealing with "current" action will not be in the book.

If Paramount is interested in a potential film, please let me know.

Regards,

BERTRAM FIELDS

BF/rjd
Enclosure

cc: Anthony Puzo
    Neil Olson

1718241.1

**EXHIBIT A**