LAW OFFICES OF
## GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

BERTRAM FIELDS

DIRECT DIAL NUMBER
(310) 201-7454

1900 AVENUE OF THE STARS
21ST FLOOR
LOS ANGELES, CALIFORNIA 90067-4590
TELEPHONE: (310) 553-3610

FAX
(310) 553-0687

E-MAIL ADDRESS
BFIELDS@GGFIRM.COM

OUR FILE NUMBER
72550-00039

May 23, 2011

**VIA E-MAIL AND U. S. MAIL**

Daniel Ferleger, Esq.
Paramount Pictures
5555 Melrose Avenue
Admin Bldg., Room 116
Hollywood, California 90038-3197
Daniel_Ferleger@paramount.com

Dear Dan:

Over a year ago I wrote telling you of the Puzo Estate making a deal to publish another "Godfather" novel and enclosing a screenplay, part of which was to be used in the book.

When I didn't hear back, I assumed the studio wasn't interested in making a film based on the new book. In the hope that, with the passage of time, minds may have changed, I've asked that a copy of the book be sent to you.

If the studio is interested, please let me know.

Regards,

BERTRAM FIELDS

BF/rjd
(dictated but not read)

cc: Anthony Puzo
    Neil Olson

72550-00039/1779784.1

# EXHIBIT B