LAW OFFICES OF

# GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

BERTRAM FIELDS

DIRECT DIAL NUMBER
(310) 201-7454

1900 AVENUE OF THE STARS
21st FLOOR
LOS ANGELES, CALIFORNIA 90067-4590
TELEPHONE: (310) 553-3610

FAX
(310) 553-0687

October 1, 2012

E-MAIL ADDRESS
BFIELDS@GGFIRM.COM

OUR FILE NUMBER
72550-00046

**VIA E-MAIL AND U.S. MAIL**

Honorable Alison J. Nathan
United Stated District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007
NathanNYSDChambers@nysd.uscourts.gov

> USDC SDNY
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: OCT 0 2 2012

Re:  Paramount Pictures Corporation v. Anthony Puzo, As Executor of the
     Estate of Mario Puzo – Case No. 12 Civ. 1268 (AJN)

Dear Judge Nathan:

The Court has scheduled a status conference for Friday, January 11, 2013. I teach at Stanford Law School on Fridays and am scheduled to teach on January 11th and 18th. I do not have to teach on Friday January 25th. If the date fits with the court's schedule, opposing counsel is agreeable to rescheduling the status conference for January 25th. Counsel has a trial set for that date, but believes the matter will be settled. In the unlikely event that counsel's other case is not settled or continued, we will ask the Court for further relief. We apologize for any inconvenience.

Sincerely,

*[signature]*

BERTRAM FIELDS

BF/rjd

cc:  Richard Kendall, Esq.
     David Boies, Esq.
     Motty Shulman, Esq.

*[handwritten: SO ORDERED. Conference previously set for 1/11/13 is hereby ADJOURNED and RESET to 1/25/13 at 10:45 AM.]*

SO ORDERED:  *10/2/12*

*[signature]*

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

72550-00046/1863848.1