UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION<br>　　　　Plaintiff and Counter-Defendant,<br>　　　　v.<br>ANTHONY PUZO, AS EXECUTOR OF THE ESTATE OF MARIO PUZO<br>　　　　Defendant and Counter-Claimant. | STIPULATION OF DISMISSAL<br>(F.R.C.P. 41(a)(1(A)(ii))<br><br>No. 12 Civ. 1268 (AJN)<br><br>ECF CASE |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff and Counter-Defendant Paramount Pictures Corporation ("Paramount") and Defendant and Counter-Claimant Anthony Puzo as Executor for the Estate of Mario Puzo ("Puzo"), hereby stipulate to the dismissal with prejudice of this action in its entirety, including the dismissal with prejudice of Paramount's First Amended Complaint and Puzo's First Amended Counterclaim.

　　　　This stipulation of dismissal with prejudice is pursuant to a settlement agreement among Paramount and Puzo and is not an adjudication on the merits of the claims or defenses of either party.

　　　　As among the parties to this stipulation, each shall bear its own costs.

**SO STIPULATED AND AGREED:**

Dated: December 20, 2012

　　　　　　　　　　KENDALL BRILL & KLIEGER LLP

　　　　　　　　　　By: _____

　　　　　　　　　　Richard B. Kendall
　　　　　　　　　　Nicholas F. Daum
　　　　　　　　　　10100 Santa Monica Boulevard, Suite 1725
　　　　　　　　　　Los Angeles, California 90067
　　　　　　　　　　Tel: (310) 556-2700
　　　　　　　　　　Fax: (310) 556-2705

124139.1

E-mail: rkendall@kbkfirm.com

*Attorneys for Plaintiff Paramount Pictures Corporation*

Dated: December 17, 2012

        GREENBERG GLUSKER FIELDS CLAMAN &
        MACHTINGER LLP

By: _____

Bertram Fields
1900 Avenue of the Stars
21st Floor
Los Angeles, California 90067-4590
Tel: (310) 553-3610
Fax: (310) 553-0687
E-mail: bfields@ggfirm.com

*Attorneys for Defendant Anthony Puzo as Executor of the Estate of Mario Puzo*

124139.1